

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00510-CV

Stephanie **SMITH**, and All Other Occupants,
Appellant

v.

## WESTLAKES 90 DBA OAKS OF WESTLAKES,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04614
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: October 23, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by September 16, 2024. Neither the brief nor a motion for extension of time compliant with Texas Rule of Appellate Procedure 10.5(b) was filed. On September 24, 2024, we ordered appellant to file, no later than October 4, 2024, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to timely file a brief and the written response by October 4, 2024, we

would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a brief or a response to our September 24, 2024, order. We dismiss this appeal for want of prosecution.


PER CURIAM